**LITE DEPALMA GREENBERG, LLC**
Victor A. Afanador
Mayling C. Blanco
Danielle Y. Alvarez
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
vafanador@litedepalma.com
mblanco@litedepalma.com
dalvarez@litedepalma.com

*Attorneys for Defendant Jersey City Housing Authority*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEISHA TIGNER,** : | |
| : | |
| Plaintiff, : | Civil Action No.: 12-cv-3915 (SDW)(MCA) |
| vs. : | |
| : | |
| : | **ORDER PARTIALLY DISMISSING** |
| **JERSEY CITY HOUSING** : | **PLAINTIFF'S COMPLAINT** |
| **AUTHORITY, JANE DOE, individually,** : | |
| : | |
| Defendants. : | |

THIS MATTER having come before the Court on Motion of Defendant's, for an Order granting Defendant's motion to dismiss the Fourth and Fifth Counts of the Plaintiff's Complaint, and on notice to all parties of record, and the Court having read and considered all papers submitted in connection with this application and having heard oral argument of counsel, and for good cause having been shown;

IT IS ON THIS 23rd DAY OF January, 2013

ORDERED that the Defendant's Motion to Partially Dismiss Plaintiff's Complaint is hereby granted in favor of the Defendant, Jersey City Housing Authority as to the ~~Fourth and~~ Fifth Counts of Plaintiff's Complaint, which ~~are~~ *is* hereby dismissed with prejudice. Plaintiff shall amend the 4th Count within 30 days from the date of this Order.

294267 v1

**ORDERED** that a copy of this Order shall be served within 7 days of counsel's receipt of this Order.

_____
HON. SUSAN D. WIGENTON U.S.D.J.

____ Opposed

__X__ Unopposed